UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>D-3 ANJAHNE WRIGHT,<br><br>Defendant. | 2:22-CR-20233<br><br>**ORDER SETTING BOND REVIEW HEARING**<br><br>HON. TERRENCE G. BERG |

Before the Court are Petitions for Action on Conditions of Pretrial Release as to Defendant Anjahne Wright (ECF Nos. 83, 84, 85). Pursuant to the Petition filed on October 10, 2023, a warrant for arrest was issued (ECF Nos. 85, 86).

THEREFORE, a Bond Review Hearing is set for October 26, 2023 at 1:30 p.m. before the Honorable Terrence G. Berg. Defendant Wright's bond is REVOKED until the time of hearing.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: October 12, 2023